IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

JUDITH O. HUMPHRIES,                )        1:09cv0193 BAK [DLB]
                                    )
                                    )        ORDER GRANTING
                                    )        STIPULATION TO DISMISS
            Plaintiff,              )
                                    )        (Document 16)
      vs.                           )
                                    )
MICHAEL J. ASTRUE, Commissioner,    )
                                    )
                                    )
            Defendant.              )
_____)

On September 25, 2009, the parties filed a stipulation and proposed order to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

The parties' stipulation is GRANTED and this action is DISMISSED. Each party shall bear their own costs and expenses.


IT IS SO ORDERED.

Dated:    **September 28, 2009**            _____/s/ **Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE

1